IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CAROLYN SUZANNE DECHER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:18CV309 |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion for Extension of Time to Answer and File Motion and Brief (Filing No. 10) is GRANTED, and the filing deadlines in this case are extended as follows:

1. Plaintiff's motion for an order reversing the Commissioner's decision or granting other relief, together with a supporting brief, are due on or before October 31, 2018;

2. The Commissioner's motion for an order affirming the Commissioner's decision or granting other relief, together with a supporting brief, are due on or before November 30, 2018;

3. The Plaintiff may file a reply brief on or before December 17, 2018, after which this case shall be deemed ripe for decision.

DATED this 2nd day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge