IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN SUZANNE DECHER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV309 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| NANCY A. BERRYHILL, Acting | ) | **AND ORDER** |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 11, 2018, and after already having granted Plaintiff one extension of time in this Social Security appeal, I ordered Plaintiff to file her motion for an order reversing the Commissioner's decision or granting other relief, together with a supporting brief, on or before January 11, 2019. (Filing No. 16.) Plaintiff was warned that failure to comply with the January 11, 2019, deadline would result in dismissal of this matter without further notice for failure to prosecute pursuant to NECivR 41.2.[1]

Plaintiff has failed to file her motion and brief. In light of Plaintiff's repeated failure to comply with the court's deadlines, this matter shall be dismissed without prejudice and judgment entered accordingly.

IT IS ORDERED that this case is dismissed without prejudice for failure to prosecute pursuant to NECivR 41.2, and judgment shall be entered by separate document.

---

[1]Nebraska Civil Rule 41.2 (2018) provides in part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

DATED this 14th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge